UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

In the Matter of the Complaint,

    -against-

ROBERT SCARTH, as Owner of a 2003 Sea Ray 260
Sundancer Vessel (HIN: SERR4429F203) for Exoneration
from or Limitation of Liability,

24-CV-872 (ARR) (SIL)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

**OPINION & ORDER**

ROSS, United States District Judge:

This Court has received the Report and Recommendation on the instant case dated November 7, 2024, from the Honorable Steven I. Locke, United States Magistrate Judge. The petitioner served a copy of the Report and Recommendation on Ms. Scarth and Mr. Branigan December 9, 2024, ECF No. 14, and no objections have been filed.

The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); see *also Brissett v. Manhattan & Bronx Surface Transit Operating Auth*., No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record*." Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd*., 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, Mr. Scarth's motion for default judgment, ECF No. 11, is granted. Any and all potential claims for losses, damages, injuries, or destruction relating to or arising out of the August 5, 2023 accident of the Vessel identified in the caption are barred.


SO ORDERED.



/s/
Allyne R. Ross
United States District Judge


Dated: January 13, 2025
       Brooklyn, New York